# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### 5:12CV30-RLV-DSC

| | |
|---|---|
| **RICKY GLENN RICHARDS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| **ZIMMER, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| _____ | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice," Doc. 1, filed March 8, 2012 requesting admission of Attorney Daniel C. Burke to represent Plaintiff. For the reasons set forth therein, the Motion is **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.                                     Signed: March 12, 2012

David S. Cayer
United States Magistrate Judge